

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00251-CR

Travis **COBB**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR11604
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 6, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice